# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1789

_____

RICKY GLEN RUSHING,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Second Amended Petition for Writ of Certiorari—Original Jurisdiction.

August 22, 2018

PER CURIAM.

DENIED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Henry Mark Sims, Public Defender, and Brian L. Hill, Assistant Public Defender, Port St. Joe, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.